UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

LOUISIANA FARM BUREAU                          CIVIL ACTION NO.  14-2700
MUTUAL INSURANCE COMPANY as
the partial subrogee to the rights of/and
BRENT WADE CRAWFORD AND
LINDSEY CRAWFORD

VERSUS                                         JUDGE ROBERT G. JAMES


LEVITON MANUFACTURING CO.,                     MAG. JUDGE KAREN L. HAYES
INC.

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a de novo review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, and DECREED that Defendant's Rule 12(b)(6 Motion

to Dismiss for Failure to State a Claim [Doc. No. 5] is hereby GRANTED IN PART and

DENIED PART.  The motion is GRANTED to the extent that Defendant moved for dismissal of

Plaintiffs' non-LPLA claims, and those claims are DISMISSED WITH PREJUDICE.  The

motion is otherwise DENIED.

MONROE, LOUISIANA, this 17th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE